IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ZACHERY CURTIS DANIEL                                         PLAINTIFF

v.                              Civil No. 06-5010

CORPORAL TRIMBERGER #452,
SERGEANT CAMERON #417,
LIEUTENANT MUGGY #404,
and SHERIFF TIM HELDER                                DEFENDANTS

### ORDER

Plaintiff has submitted a pro se civil rights complaint for filing in this district. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint.

This court has provided plaintiff with an application for proceeding as a pauper in this matter. Accordingly, plaintiff is given up to and including February 13, 2006, in which to furnish the court with an application or pay the $250.00 filing fee. Should plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 13th day of January 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 17 2006

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)