```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**ZACHARY CURTIS DANIEL**                                              **PLAINTIFF**

**v.**                    **Civil No. 06-5010**

**CORPORAL TRIMBERGER**
**and SHERIFF TIM HELDER**                                             **DEFENDANTS**

### J U D G M E N T

Now on this 17th day of January, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #36, filed December 12, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Judgment is hereby granted in favor of the defendants and this case is dismissed.**

**IT IS SO ORDERED.**

                                          **/s/Jimm Larry Hendren**
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**